# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

___

| | |
|---|---|
| PAMELA MASI JABLINSKI, | Civil No. 08-5350 (JRT/AJB) |
| Plaintiff, | |
| v. | **ORDER FOR DISMISSAL** |
| LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, | **WITH PREJUDICE** |
| Defendant. | |

___

William Marshall, **MIDWEST DISABILITY, PLLP**, 408 Northdale Boulevard NW, Coon Rapids, MN 55448, for plaintiff.

Erin Thorman and Natalie Wyatt-Borman, **OBERMAN THOMPSON & SEGAL, LLC**, 120 South Sixth Street, Suite 850, Minneapolis, MN 55402, for defendant.

Based upon the Stipulation for Dismissal with Prejudice filed by the parties on September 2, 2009 [Docket No. 18], and upon all of the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that all claims for relief herein may be, and the same hereby are, **DISMISSED WITH PREJUDICE** and without costs or any other relief to any party.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: September 3, 2009
at Minneapolis, Minnesota.

                                                   s/John R. Tunheim
                                                JOHN R. TUNHEIM
                                         United States District Judge